## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| Federal National Mortgage Association, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 2:17-cv-121-GZS ) |
| Ralph S. Burnell & Alicia C. Burnell, | ) ) ) |
| Defendants. | ) |

## PROCEDURAL ORDER

In preparation for the November 1, 2017 hearing on Plaintiff's pending Motion for Default Judgment (ECF No. 11), the Court hereby ORDERS that Plaintiff's Counsel shall provide courtesy copies of all hearing exhibits to the Clerk's Office **no later than October 30, 2017.** Additionally, Plaintiff's Counsel shall be prepared to present and/or address the following at the hearing:

1. the original note for inspection and pre-marked as an exhibit;
2. certified copies of the mortgage and any assignments and endorsements of the mortgage;
3. a qualified witness who can certify the business records previously placed on the docket at ECF No. 11-2 in accordance with F.R.E. 803(6). To the extent that this witness is not employed by Plaintiff, counsel shall provide evidence that the witness and/or witness' employer is an agent of Plaintiff;
4. whether Plaintiff is pressing the claims asserted in Counts II-V of the Complaint or intends to seek a deficiency judgment; and
5. a timeframe for submitting a proposed judgment to the Court following the hearing.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 27th day of September, 2017.